773 A.2d 1152

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. ANDREW CASTEGNETTI, JR., DEFENDANT–RESPONDENT.

April 4, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Thomas,* 166 *N.J.* 560, 767 *A.*2d 459 (2001).

Jurisdiction is not retained.